IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PALBOCICLIB PATENT LITIGATION | MDL No. 19-2912 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, and PF PRISM IMB B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS WORLDWIDE DMCC, and CADILA HEALTHCARE, LTD.,<br><br>Defendants. | C.A. No. 20-1396 (CFC) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, and PF PRISM IMB B.V. (collectively, "Plaintiffs") timely brought suit against defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Cadila Healthcare Limited (collectively, "Zydus") in this District, Civil Action No. 20-1396 (CFC), charging Zydus with, *inter alia*, infringement of U.S. Patent No. 10,723,730;

IT IS HEREBY STIPULATED by Plaintiffs and Zydus, subject to approval of the Court that:

1.   All claims and counterclaims between Plaintiffs and Zydus are dismissed without prejudice.

2.   Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3.   The parties have entered into a settlement and license agreement with respect to their respective claims (the "Settlement and License Agreement"). Zydus will not make, have made, use, offer for sale or sell palbociclib capsules in 75, 100 and 125 mg strengths that are the subject of ANDA No. 213098 in the United States except as provided for in the parties' Settlement and License Agreement.

4.   The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Order of Dismissal and the Settlement and License Agreement.

5.   This Stipulation and Order shall not act as an adjudication on the merits.

6.   The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ *Megan E. Dellinger* | /s/ *John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com |
| *Attorneys for Pfizer Inc., Warner-Lambert Company LLC, and PF PRISM IMB B.V.* | *Attorneys for Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC and Cadila Healthcare Limited* |

November 19, 2021

SO ORDERED this 22nd day of November, 2021.

_____
CHIEF, UNITED STATES DISTRICT JUDGE